

# Fourth Court of Appeals
## San Antonio, Texas

March 5, 2019

No. 04-19-00101-CV

**IN THE INTEREST OF Z.A.F AND Z.R.F., CHILDREN**,

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA00277
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

The trial court clerk has filed a notice of late record, requesting additional time to file the clerk's record. We grant the request and order the trial court clerk, Mary Angie Garcia, to file the clerk's record by March 8, 2019.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of March, 2019.

KEITH E. HOTTLE,
Clerk of Court